**Electronically Filed**
**Supreme Court**
**SCMF-12-0000538**
**18-SEP-2024**
**10:16 AM**
**Dkt. 224 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the
JULY 2024 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAI'I

<u>NOTICE OF PASSING THE HAWAI'I BAR EXAMINATION</u>

The applicants listed below are hereby notified that each has passed the

JULY 2024 Hawai'i examination for admission to the Bar of the State of Hawai'i, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai'i

(RSCH):

Elizabeth Teheluna Kalei'ohumaikalani Akau
Victoria Jean Andrade-McKeehan
Ashley Lynn Arnett
Nathan Bae
Samantha Ann Barth
Norman Perdido Capinpin
Caitlyn Babington Carpenter
Diamonte Reye-Lynne Chamberlain
Elena Ashley Chang
Jaehee Choi
Susan Yu Jean Chon
Ashley Li-Si Choo
Isabelle Harwood Constant
Lia Cook
Ricardo Cortez-Aoyagi
Holly Yvonne Crawford
Brian Roger Davis

David Paul Diamon
Laurence Butler Dietrick
Christian Robert Doles
Holly Kathleen Doyle
Laya Omar Farooq Dudley
Daryl Yumi Leinani Edwards
Andrea Dawn Eshelman
Daisy Mae Manzano Fernando
Kacyn Harue Fujii
Kacey Yoshio Fujino
Nakoa Seraphim Gabriel
Robin William Girard
Saphira Esther Goode
Mark Russell Hagedorn
Grace Han
Karen Sue Hanson
Dru Nohea Keanuenue Okealii LaVoy Hara

Michelle He
Jennifer Hee
Jenna Leslie Higa
Travis Dean Hishinuma
Zoe Hoff
Cambrie Nicole Kukahiʻikala
   Hoomanawanui
Drew Kiyoshi Ichikawa
Leina-Mei Sophia Johnson
Nicole Kaeka
Nicole Marie Kalajian
Hunter Kaipo Malie Enlai Kam
Pilar Perdomo Kam
Rikio James Kaya
Jazmyn Lumlei Kim
Ryan Kealiʻimalu King
Luke Edward Kruchinski
Jacie Mahina Kuniyoshi
Kevin Ron Barde Maranan
Zachary Philip Marks
Jordan Elise Marzan
Christine Catherine Mastin
Michelle Nicole McDow
Sierra Ann Miller
Alex Catherine Lwandle Mitchell
Sophia Rene Kanani Morgan
Sandra Saddlemire Muchow
Christian Naeole
Elyse Lauren Akemi Nakamoto
Joshua Myong Chin Nam
Kalina Nguyen Le
Kiyohide Noguchi
Beatriz Ivette Olivares
Shariah Mae Kanoealaokapualehua
   Olomua
Emma Kuuleilani Olsen
Matthew Kazuo Omiya

Luis Carlos Omphroy, Jr.
Denielle Marie Pedro
Darwin Peng
Spencer Gary Pierone
Catherine Alexandra Pligavko
Claire Elizabeth Radda
John Robert Kealapono Richardson
Nancy J. Ruiz
Daniel Eugene Sakaguchi
Aidan John Sanders
Leeyannah Armaine Victoria Santos
Allison Masako Wailea Saunders
Kawaiuluhonua Olafaʻapelepele Scanlan
Josiah Keith Sewell
Savannah Marie Sherman
Meleana Lokahi Shim
Afsoon Louise Shirazi
Savanah Eve Song
Zachary M. Stoltz
Jeffrey Albert Streiffer
Evan Susumu Suemori
Randyn Rikio Sugai
Christina Shaw Sutrov
Brian Edward Sutter
Frances Nicole Llanes Tabios
Hanna Jing-Hui Wong Taum
Wil Masao Shimomura Tottori
Jared Jarmo Ho-nam Virtanen
Kaitlin Alexa Wallace
Madeline Moana Walsh
Scott Masaru Watanabe
Linda Kay Williams
Kekailani Sayuri Wong Yuen
Brandon Yahiro
Alan Masami Yamaki
Joseph Jeremy Yamamoto
Keri Ann Namiko Yatogo

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, September 18, 2024.

BOARD OF EXAMINERS

By:    /s/ Elizabeth Zack

Its Secretary

